are denied. MR. JUSTICE BURTON took no part in the consideration or decision of these applications.

No. 81, Misc. EAGLE *v.* CHERNEY ET AL., 338 U. S. 837. Third petition for rehearing denied.

MARCH 13, 1950.*

*Per Curiam Decisions.*

No. 213. UNITED STATES EX REL. LEE WO SHING *v.* SHAUGHNESSY, ACTING DISTRICT DIRECTOR OF THE IMMIGRATION AND NATURALIZATION SERVICE. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. *Wong Yang Sung* v. *McGrath, ante,* p. 33. MR. JUSTICE CLARK took no part in the consideration or decision of this case. *Abraham Lebenkoff* and *Harry J. Stein* for petitioner. *Solicitor General Perlman* filed a memorandum for respondent.

No. 531. CARPET, LINOLEUM & RESILIENT FLOOR DECORATORS' UNION, LOCAL No. 596, A. F. OF L., ET AL. *v.* DAYTON COMPANY. Appeal from the Supreme Court of Minnesota. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the reason that the judgment of the court below is based upon a nonfederal ground adequate to support it. *William D. Gunn* and *David J. Erickson* for appellants. *Frank J. Morley* and *A. Lyman Beardsley* for appellee.

No. 544. BOARD OF REGENTS OF THE UNIVERSITY OF WISCONSIN ET AL. *v.* ILLINOIS. Appeal from the Supreme

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of the cases in which judgments or orders were this day announced.

Court of Illinois. *Per Curiam:* The appeal is dismissed. *United States* v. *Perkins,* 163 U. S. 625. *George I. Haight* for appellants. *Ivan A. Elliott,* Attorney General of Illinois, *William C. Wines, Raymond S. Sarnow* and *James C. Murray,* Assistant Attorneys General, for appellee.

No. 555. WASHINGTON EX REL. WASHINGTON WATER POWER CO. ET AL. *v.* SUPERIOR COURT OF WASHINGTON FOR CHELAN COUNTY ET AL. Appeal from the Supreme Court of Washington. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Alan G. Paine* and *H. E. T. Herman* for appellants. *David M. Wood* and *Sam R. Sumner* for appellees.

No. 559. STANDARD DREDGING CORP. *v.* LOUISIANA EX REL. FONTENOT, DIRECTOR OF REVENUE. Appeal from the Supreme Court of Louisiana. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Eberhard P. Deutsch* for appellant. *John L. Madden* and *C. Ellis Ott* for appellee.

No. 563. MINNEAPOLIS STREET RAILWAY Co. *v.* MINNEAPOLIS ET AL. Appeal from the Supreme Court of Minnesota. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a final judgment. *Fred A. Ossanna* for appellant. *John F. Bonner* for appellees.

No. 608. MILLER ET AL. *v.* SPOKANE ET AL. Appeal from the Supreme Court of Washington. *Per Curiam:* The motion to dismiss is granted and the appeal is dis-